UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

MICHAEL W. CORRIGAN,

    Plaintiff,

v.                                                                                4:11-cv-06

STEVE GRAVES and
PAM FREEMAN,

    Defendants.

## MEMORANDUM

This *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 was filed *in forma pauperis* in the United States District Court for the Middle District of Tennessee, Nashville Division, and transferred to this court without service of process. On February 15, 2011, the court directed plaintiff to complete and return the service packets for the defendants. Plaintiff's copy of that order, which was mailed to him at his last known address of Coffee County Jail, was returned undelivered on March 2, 2011. Plaintiff bears the burden of prosecuting his action, which includes informing the court of his correct mailing address, and he has not done so.

Accordingly, this action will be **DISMISSED WITH PREJUDICE** for plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

The court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. Fed. R. App. P. 24.

**AN APPROPRIATE ORDER WILL ENTER.**

                                                */s/Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE